UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Stephen M. Glasser, Regional Director of the
Seventh Region of the National Labor Relations
Board, for and on behalf of the National Labor
Relations Board,

      Petitioner,

v.                                                                       Honorable Sean F. Cox

Mr. Rooter Sewer and Drain Cleaning, Inc.,           Case No. 08-14873

      Respondent.
_____/

## ORDER
## GRANTING MOTION TO WITHDRAW PETITION
## AND CLOSING CASE

      Petitioner filed this action seeking a preliminary injunction under Section 10(j) of the National Labor Relations Act, as Amended. The petition was then held in abeyance, at the request of the parties. On April 23, 2009, Petitioner filed the instant Motion to Withdraw Petition, wherein Petitioner states that the parties have entered into a settlement agreement. The unopposed motion therefore requests that the Court grant Petitioner's Motion to Withdraw the Petition for Preliminary Injunction and issue an order closing the case.

      Accordingly, **IT IS ORDERED** that Petitioner's Motion to Withdraw Petition is **GRANTED** and this action is hereby **CLOSED**.

                                          S/Sean F. Cox
                                          Sean F. Cox
                                          United States District Judge

Dated: April 30, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on

April 30, 2009, by electronic and/or ordinary mail.

        S/Jennifer Hernandez
        Case Manager